GEARGE D. BROWNLEE, JR., and MARGARET BROWNLEE, minors, by and through their next friend, J. D. BROWNLEE, v. CITY OF ORLANDO.

26 So. (2nd) 504                        June Term, 1946
June 14, 1946                              Division B

*G. P. Garrett,* for appellants.

*Campbell Thornal* and *Baker & Thornal,* for appellee.

PER CURIAM:

The judgment appealed from is affirmed on authority of Brown v. Town of Eustis, 92 Fla. 931, 110 So. 873; Kennedy v. City of Daytona Beach, 132 Fla. 675, 182 So. 228.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.